Ray L. Wong (SBN 4552)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone:  415.957.3000
Facsimile:  415.957.3001
E-Mail:  rlwong@duanemorris.com

Attorneys for Defendant
TRANSPORT INSURANCE COMPANY

# UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WELLS CARGO, INC., a corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>TRANSPORT INSURANCE COMPANY, a corporation, formerly known as Transport Indemnity Company,<br><br>          Defendants. | Case No. 4:08-cv-00491-REB<br><br>**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY RELIEF AND BREACH OF CONTRACT** |

Specially appearing Defendant TRANSPORT INSURANCE COMPANY ("Transport") hereby moves this Court to dismiss Plaintiff WELLS CARGO INC.'s ("Wells Cargo") Complaint for Declaratory Relief and Breach of Contract.  Transport moves to dismiss (or alternatively stay) this federal declaratory relief action and interdependent breach of contract claim pursuant to the *Wilton/Brillhart* abstention doctrine [*Wilton v. Seven Falls Co.*, 515 U.S. 277, 115 S.Ct. 2137 (1995); *Brillhart v. Excess Insurance Co. of Amer.*, 316 U.S. 491, 62 S.Ct. 1173 (1942)] in favor of the pending parallel state court litigation in Nevada with an identity of parties and issues to this action.  Transport also moves to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(3) on the ground of improper venue, and pursuant to Fed. R. Civ. P. 12(b)(2) on the

ground this Court lacks personal jurisdiction over Transport.  In the alternative to dismissing this action pursuant to the *Wilton/Brillhart* abstention doctrine, improper venue, or lack of jurisdiction, Transport requests this Court otherwise transfer this action to Nevada pursuant to 28 U.S.C. §1404(a) for the convenience of witnesses and parties and in the interests of justice.

This Motion is made and based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities in support of this Motion, the concurrently filed Declarations and exhibits in support of this Motion, upon the pleadings and papers on file herein, and upon oral argument as this Court deems necessary.

Dated: August 11, 2009

DUANE MORRIS LLP

By: _____ /s/ Ray L. Wong _____
　　　　　　 Ray L. Wong

Attorneys for Defendant
TRANSPORT INSURANCE COMPANY

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**