UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WELLS CARGO, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>TRANSPORT INSURANCE COMPANY,<br><br>        Defendant. | Case No. 4:08-CV-491-BLW<br><br>**ORDER ON STIPULATION AND THIRD AMENDED CASE MANAGEMENT ORDER** |

The Court has before it the parties' Stipulation Regarding Discovery Issues and Pretrial Deadlines (Dkt. 56). Good cause appearing, the Court will adopt the stipulation. In turn, the Court agrees to the parties' amended schedule for pretrial deadlines. Accordingly,

**IT IS ORDERED:**

1. The Stipulation Regarding Discovery Issues and Pretrial Deadlines (Dkt. 56) is **ADOPTED** by the Court.

2. The pretrial deadlines are amended as follows:

    a. Fact discovery cut off:                       December 2, 2010

    b. Expert disclosures:                            December 2, 2010

    c. Rebuttal expert disclosures, if any:         December 9, 2010

| | | |
|---|---|---|
| d. | Expert discovery cut off: | December 29, 2010 |
| e. | Dispositive motions due: | January 19, 2011 |
| f. | Dispositive oppositions due: | February 16, 2011 |
| g. | Dispositive replies due: | March 9, 2011 |
| h. | Dispositive motion hearing: | March 28, 2011 at 11:00 a.m. |

Aside from the date changes indicated above, the Amended Case Management Order shall remain in effect and otherwise unchanged.

DATED: **October 18, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge