# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WELLS CARGO, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRANSPORT INSURANCE COMPANY, <br><br> Defendant. | Case No. 4:08-CV-491-BLW <br><br> **ORDER** |

The Court has before it the Parties' Stipulation Regarding Pretrial Deadlines and Transport's FRCP 30(B)(6) Deposition (Dkt. 59). Good cause appearing, the Court will grant the stipulation.

## ORDER

**IT IS ORDERED:**

1. The Parties' Stipulation Regarding Pretrial Deadlines and Transport's FRCP 30(B)(6) Deposition (Dkt. 59) is **GRANTED**. The pretrial deadlines are amended as follows:

    a. December 13, 2010: Initial disclosure of experts and expert reports.

    b. December 30, 2010: Disclosure of rebutial experts and reports, if any.

    c. December 30, 2010: Parties shall simultaneously exchange proposed

stipulations regarding the terms of the insurance policies in effect from 1960 to 1985, and the admissibility of supporting documents.

d. December 30, 2010: Transport shall advise Wells Cargo, in writing, regarding whether Transport will adopt the report(s) of its expert(s) as the position of Transport.

e. January 10, 2011: Deadline for the parties to meet and confer regarding their respective draft policy stipulations.

f. January 24, 2011: Deadline for the parties to produce a joint stipulation regarding the terms of the insurance policies in effect from 1960 to 1985, and the admissibility of supporting documents.

g. February 14, 2011: Deadline to complete expert discovery.

h. February 17, 2011: Transport shall advise Wells Cargo, in writing, regarding whether Transport will adopt the deposition testimony, if any, of its expert(s) as it own.

i. February 18, 2011: Deadline for the parties to meet and confer regarding whether a continued FRCP 30(b)(6) deposition of Transport is necessary.

j. February 23, 2011: Deadline for parties to file simultaneous briefing, if necessary, regarding whether a continued FRCP 30(b)(6) deposition of Transport is necessary. Briefs shall be no longer than ten (10) pages.

k. March 4, 2011: Deadline to complete continued Transport FRCP 30(b)(6)

deposition, if so ordered by the Court or stipulated by the parties.

l.     March 18, 2011: Deadline to file opening summary judgment motions, if necessary.

m.    April 8, 2011: Deadline to file opposition briefs to motions for summary judgment, if necessary.

n.     April 29, 2011: Deadline to file summary judgment reply briefs, if necessary.

o.     May 23, 2011 at 10:00 a.m.: Hearing on summary judgment motions, if necessary, in the Federal Courthouse in Pocatello, Idaho.

DATED: **December 6, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge